PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

JUN 14 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 22043 WEED COURT, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 035-440-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 329 SAN MATEO AVENUE, GERBER, CALIFORNIA TEHAMA COUNTY, APN: 064-182-017-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>APPROXIMATELY $130,445.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $2,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $23,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $12,676.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $1,010.00 IN U.S. CURRENCY, | 2:17-CV-01222-JAM-DB<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

| | |
|---|---|
| 1 | 2011 MERCEDES GL 450, LICENSE NUMBER 7ABY227, VIN: 4JGBF7BE2BA739064, |
| 2 | |
| 3 | 2007 CHEVROLET CORVETTE, LICENSE NUMBER 7LXP045, VIN: 1G1YY26U675100353, |
| 4 | |
| 5 | 2013 MERCEDES CLS 550, LICENSE NUMBER 7WQE461, VIN: WDDLJ7DB9DA059942, and |
| 6 | 2008 GMC YUKON, LICENSE NUMBER 7WFU289, VIN: 1GKFK13028J130104, |
| 7 | |
| | Defendants. |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on June 13, 2017, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $130,445.00, $2,000.00, $23,000.00, $12,676.00, and $1,010.00 in U.S. Currency ("defendant currency"); 2011 Mercedes GL 450, License Number 7ABY227, VIN: 4JGBF7BE2BA739064; 2007 Corvette, License Number 7LXP045, VIN: 1G1YY26U675100353; 2013 Mercedes CLS 550, License Number 7WQE461, VIN: WDDLJ7DB9DA059942; and 2008 GMC Yukon, License Number 7WFU289, VIN: 1GKFK13028J130104 ("defendant vehicles") are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6), for one or more violations of 21 U.S.C. §§ 841 *et seq.* and 846;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Trang N. Le, there is probable cause to believe that the defendant currency and vehicles so described constitute property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency and vehicles.

Dated: 6-13-2017

EDMUND F. BRENNAN
United States Magistrate Judge

2