PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cv-01222-JAM-DB |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| REAL PROPERTY LOCATED AT 22043 WEED COURT, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 035-440-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 329 SAN MATEO AVENUE, GERBER, CALIFORNIA TEHAMA COUNTY, APN: 064-182-017-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| APPROXIMATELY $130,445.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $2,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $23,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $12,676.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $1,010.00 IN U.S. CURRENCY, | |

| | |
|---|---|
| 1 | 2011 MERCEDES GL 450, LICENSE NUMBER 7ABY227, VIN: 4JGBF7BE2BA739064, |
| 2 | |
| 3 | 2007 CHEVROLET CORVETTE, LICENSE NUMBER 7LXP045, VIN: 1G1YY26U675100353, |
| 4 | |
| 5 | 2013 MERCEDES CLS 550, LICENSE NUMBER 7WQE461, VIN: WDDLJ7DB9DA059942, and |
| 6 | |
| 7 | 2008 GMC YUKON, LICENSE NUMBER 7WFU289, VIN: 1GKFK13028J130104, |
| 8 | Defendants. |

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant real properties are located in the cities of Red Bluff and Gerber, in Tehama County, California. The defendants Approximately $130,445.00 and $2,000.00 in U.S. Currency were seized in the city of Yreka, in Siskiyou County, California. The defendants Approximately $23,000.00, $12,676.00, and $1,010.00 in U.S. Currency, 2007 Corvette, License Number 7LXP045, VIN: 1G1YY26U675100353, 2013 Mercedes CLS 550, License Number 7WQE461, VIN: WDDLJ7DB9DA059942, and 2008 GMC Yukon, License Number 7WFU289, VIN: 1GKFK13028J130104 were seized in the city of Red Bluff, in Tehama County, California. The defendant 2011 Mercedes GL 450, License Number 7ABY227, VIN: 4JGBF7BE2BA739064 was seized in the city of Corning, in Tehama County, California. Beginning on or about April 17 and 24, 2017, the Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendants approximately $2,000.00 and $130,445.00 in U.S. Currency for 30 consecutive

days on the official internet government forfeiture site www.forfeiture.gov.

    4. The United States proposes that publication be made as follows:

        a. One publication;

        b. Thirty (30) consecutive days;

        c. On the official internet government forfeiture site www.forfeiture.gov;

        d. The publication is to include the following:

            (1) The Court and case number of the action;

            (2) The date of the seizure/posting;

            (3) The identity and/or description of the property seized/posted;

            (4) The name and address of the attorney for the Plaintiff;

            (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 6/13/2017                              PHILLIP A. TALBERT
                                        United States Attorney

                                By: /s/ Kevin C. Khasigian
                                   KEVIN C. KHASIGIAN
                                   Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: June 15, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/USvRealproperty1222.app.pub.ord