PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 22043 WEED COURT, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 035-440-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>Defendants. | 2:17-CV-01222-JAM-DB<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM AUGUST 14, 2017 TO NOVEMBER 14, 2017 |

Pursuant to the United States' Request to Extend the Deadline to Submit a Joint Status Report from August 14, 2017 to November 14, 2017, the Court finds that there is good cause to extend the deadline to file a joint status report in this case from August 14, 2017 to November 14, 2017.

IT IS SO ORDERED.

Dated: 8/14/2017          /s/ John A. Mendez
                          JOHN A. MENDEZ
                          United States District Court Judge