IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 22043 WEED COURT, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 035-440-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 329 SAN MATEO AVENUE, GERBER, CALIFORNIA TEHAMA COUNTY, APN: 064-182-017-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>APPROXIMATELY $130,445.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $2,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $23,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $12,676.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $1,010.00 IN U.S. CURRENCY, | No. 2:17-cv-01222-JAM-DB<br><br>ORDER |

| | |
|---|---|
| 1 | 2011 MERCEDES GL 450, LICENSE NUMBER 7ABY227, VIN: 4JGBF7BE2BA739064, |
| 2 | |
| 3 | 2007 CHEVROLET CORVETTE, LICENSE NUMBER 7LXP045, VIN: 1G1YY26U675100353, |
| 4 | |
| 5 | 2013 MERCEDES CLS 550, LICENSE NUMBER 7WQE461, VIN: WDDLJ7DB9DA059942, and |
| 6 | |
| 7 | 2008 GMC YUKON, LICENSE NUMBER 7WFU289, VIN: 1GKFK13028J130104, |
| 8 | Defendants. |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On November 20, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed November 20, 2017 (ECF No. 26) are adopted in full;

2. Cesar Erendira Nava, Hector M. Mariscol aka Hector M. Mariscal, Mayra Erendira, Georgina Esmeralda Lopez Quintero, Wilson Erendira Nava, Claudia Nallely Morfin Sanchez, Ubaldo Lopez Castano, and the Secretary of Housing and Urban Development are held in default;

3. The United States' motion for default judgment and final judgment of forfeiture is granted;

4. Judgment by default is entered against any right, title, or interest of potential claimants Cesar Erendira Nava, Hector M. Mariscol aka Hector M. Mariscal, Mayra Erendira, Georgina Esmeralda Lopez Quintero, Wilson Erendira Nava, Claudia Nallely Morfin Sanchez, Ubaldo Lopez

Castano, and the Secretary of Housing and Urban Development in the defendant properties referenced in the above caption; and

    5.    A final judgment is entered, forfeiting all right, title, and interest in the defendant properties to the United States, to be disposed of according to law.

DATED: February 21, 2018

                              /s/ John A. Mendez_____
                              UNITED STATES DISTRICT COURT JUDGE

/USvRealproperty1222.jo