1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CV-01222-JAM-DB |
| Plaintiff, | |
| v. | *AMENDED* DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 22043 WEED COURT, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 035-440-018-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 329 SAN MATEO AVENUE, GERBER, CALIFORNIA TEHAMA COUNTY, APN:  064-182-017-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| APPROXIMATELY $130,445.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $2,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $23,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $12,676.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $1,010.00 IN U.S. CURRENCY, | |

| | |
|---|---|
| 1 | 2011 MERCEDES GL 450, LICENSE NUMBER 7ABY227, VIN: 4JGBF7BE2BA739064, |
| 2 | |
| 3 | 2007 CHEVROLET CORVETTE, LICENSE NUMBER 7LXP045, VIN: 1G1YY26U675100353, |
| 4 | |
| 5 | 2013 MERCEDES CLS 550, LICENSE NUMBER 7WQE461, VIN: WDDLJ7DB9DA059942, and |
| 6 | |
| 7 | 2008 GMC YUKON, LICENSE NUMBER 7WFU289, VIN: 1GKFK13028J130104, |
| 8 | Defendants. |

This matter came before the Honorable Magistrate Judge Deborah Barnes on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant properties to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Cesar Erendira Nava, Hector M. Mariscol aka Hector M. Mariscal, Mayra Erendira, Georgina Esmeralda Lopez Quintero, Wilson Erendira Nava, Claudia Nallely Morfin Sanchez, Ubaldo Lopez Castano, and the Secretary of Housing and Urban Development are held in default.

3. A judgment by default is hereby entered against any right, title, or interests of Cesar Erendira Nava, Hector M. Mariscol aka Hector M. Mariscal, Mayra Erendira, Georgina Esmeralda Lopez Quintero, Wilson Erendira Nava, Claudia Nallely Morfin Sanchez, Ubaldo Lopez Castano, and the Secretary of Housing and Urban Development in the defendant properties referenced in the above caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant properties[1] to the United States, to be disposed of according to law.

///

---

[1] The real properties are more fully described in Exhibits A and B attached hereto and incorporated herein by reference.

*Amended* Default Judgment and
Final Judgment of Forfeiture

5. All parties shall bear their own costs and attorney's fees.

SO ORDERED this 28th day of February, 2018

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

**Exhibit A**
Real property at 22043 Weed Court, Red Bluff, California

Parcel One:

Parcel A of Parcel Map No. 91-56 (being a redivision of Parcel B of Parcel Map No. 77-132, Book 4 of Parcel Maps, Page 93), in the County of Tehama, State of California, as the same is shown on the Map filed in the Tehama County Recorder's Office, March 19, 1992, in Book 10 of Parcel Maps, Pages 35 and 36.

Parcel Two:

An easement for road and utility purposes over and across the South 60 feet of Parcel D, now known as Weed Court as the same is shown on the Map Recorded August 29, 1977 in Book 4 of Parcel Maps, Page 93.

APN: 035-440-018-000

## Exhibit B
Real property at 329 San Mateo Avenue, Gerber, California

LOTS 1, 2 AND 3 IN BLOCK 16 OF SUBDIVISION A, TOWN OF GERBER, AS THE SAME ARE SHOWN ON THE MAP FILED IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF TEHAMA, STATE OF CALIFORNIA, NOVEMBER 10, 1910 IN BOOK "E" OF MAPS, AT PAGE 5.

APN: 064-182-017-000